UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HARRISTON LEE BASS, JR.,<br><br>Petitioner,<br>v.<br>REGINA BAKER, *et al.*,<br><br>Respondents. | Case No. 3:19-cv-00411-MMD-WGC<br><br>ORDER |

This *pro se* habeas petition pursuant to 28 U.S.C. § 2254 comes before the Court for consideration of Petitioner's application for leave to proceed *in forma pauperis* (ECF No. 1), and for preliminary review pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.[1]

The Court has considered Petitioner's pauper application and concludes that he cannot pay the fee. The application for leave to proceed in forma pauperis will therefore be granted.

Petitioner has not filed his petition on the appropriate form or in substantial compliance with the form. *See* Rule 2(d) of the Rules Governing Section 2254 Cases in the United States District Courts. The form is important as it provides the Court with necessary information to conduct preliminary review of the petition. Accordingly, Petitioner must, within 30 days of the date of entry of this order, file an amended petition

---

[1] Petitioner has filed additional motions, of which the Court defers consideration until after he has responded to this order.

for habeas corpus relief on the Court's form.[2] In doing so, Petitioner is advised to follow the instructions on the form and to refrain from lengthy legal or factual argument. Petitioner is further advised that he should correct the name of the warden in the caption of his complaint. The warden of Lovelock Correctional Center, where petitioner is housed, is Renee Baker, not Regina Baker.

The Court will defer consideration of Petitioner's remaining motions until such time as he has complied with this order of the Court.

It is therefore ordered that Petitioner's application for leave to proceed *in forma pauperis* (ECF No. 1) is granted. Petitioner will not be required to pay the filing fee.

It is further ordered that petitioner must file an amended petition on the Court's form within 30 days of the date of entry of this order. Failure to do so will result in the dismissal of the petition without prejudice and without further advance notice.

The Clerk of Court will send Petitioner two copies of the Court's form for 28 U.S.C. § 2254 petitions.

DATED THIS 5th day of August 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

---

[2]Petitioner at all times remains responsible for calculating the applicable statute of limitations. In ordering Petitioner to amend his petition, the Court makes no finding or representation that either the original or amended petition will be considered timely.